SAUL WOLF, Appellant, v. IRVING FURIE et al., Respondents.— In an action by a licensed real estate broker against the purchaser of a certain parcel of real property and the latter's attorney to recover damages for their alleged conspiracy, resulting in the plaintiff's being deprived of his right to earn a commission, judgment dismissing the complaint on the merits, at the close of

plaintiff's case, unanimously affirmed, with costs. **No opinion. Present —** Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.